**No. 57267.**—Curtig Co. v. United States, protests 184295–K, etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of spark wheels the same in all material respects as those the subject of *Waterbury Lock & Specialty Co.* v. *United States* (17 Cust. Ct. 87, C. D. 1025), the claim of the plaintiff was sustained.

**No. 57268.**—Decorative Crafts, Inc. v. United States, protest 199921–K (B) (New York).

Opinion by OLIVER, C. J.  An examination of the record disclosing nothing to disturb the action of the collector, which was presumptively correct, the protest was overruled.